IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 SEP 23 AM 10: 37

CLERK_____
SO. DIST. OF GA.

PHILIP DRUMMOND,                )
                               )
        Plaintiff,              )
                               )
v.                             )        CASE NO. CV413-128
                               )
CAROLYN W. COLVIN,             )
Commissioner of Social         )
Security,                      )
                               )
        Defendant.             )
                               )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's report and recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and this case is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _22nd_ day of September 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA