**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

PHILLIP DRUMMOND, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-128
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
    Defendant. )
)

### O R D E R

Before the Court is Plaintiff Drummond's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 19.) The Defendant does not oppose the motion with respect to attorney's fees, but requests that the Court order that the fees be paid to Plaintiff, as prevailing party, rather than counsel as Plaintiff did not attach an EAJA assignment. (Doc. 21.)

The Court has carefully considered Plaintiff's application for attorney's fees and finds that he meets the requirements of Jean v. Nelson, 863 F.2d 759, 765 (11th Cir. 1988) (holding that to recover attorney's fees "(1) the litigant opposing the United States must be a prevailing party; (2) the government's position must not have been substantially justified; and (3) there must be no circumstances that make an award against the government unjust." Accordingly, Plaintiff, as prevailing party, is **AWARDED**

the requested $3,347.30. The Court **DIRECTS** Defendant to issue a check made payable to Plaintiff, and to deliver the check to Plaintiff's counsel.

SO ORDERED this 6th day of July 2016.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA